UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62962-CIV-SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BLANCA SERMENO A/K/A
BLANCA E FUNES DE SERMENO,

        Defendant.
_____/

## MOTION TO STAY PROCEEDINGS

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and though its undersigned counsel, and hereby moves this Court for a stay of the proceedings in this matter, and states as follows:

1. This is an action by the United States of America to collect on the Defendant's defaulted, federally guaranteed student loan. As of February 27, 2015, the Defendant owes a total of $13,240.83, which includes the principal amount of $6,849.98 and interest of $6,390.85.

2. The Defendant asserts that she is entitled to a loan discharge of this debt based on total and permanent disability.

3. The United States Department of Education considers this to be a basis for the Defendant to complete a Loan Discharge Application.

4. Section 682.200(b) provides:

UNITED STATES OF AMERICA vs. BLANCA SERMENO
Case No.: 14-62962-CIV-SNOW
Page Two

> After being notified by a borrower or a borrower's representative that the borrower claims to be totally and permanently disabled, the lender must continue collection activities until it receives either the certification of total and permanent disability from a physician or a letter from a physician stating that the certification has been requested and that additional time is needed to determine if the borrower is totally and permanently disabled as described in paragraph (1) of the definition of that term in Section 682.200. Except as provided in paragraph (c)(7)(iii) of this section, after receiving the physician's certification or letter, the lender may not attempt to collect from the borrower or any endorser.

5. Plaintiff's counsel has just received the Defendant's completed loan discharge application and same has been sent to the United States Department of Education for the Department to review and make a determination as to whether the Defendant qualifies for a discharge.

6. Plaintiff's counsel is awaiting a response from the Department of Education from their initial review and will promptly notify the Court and Defendant upon receipt of same. The initial review and determination process usually takes ninety (90) days.

7. The undersigned counsel's assistant has spoken with the Defendant by telephone and the Defendant advised that she has no object to the relief sought in this motion.

WHEREFORE the Plaintiff, UNITED STATES OF AMERICA, respectfully requests that the Court place this action on hold to allow the United States Department of Education sufficient time to review and respond to the Defendant's application for loan discharge.

UNITED STATES OF AMERICA vs. BLANCA SERMENO
Case No.: 14-62962-CIV-SNOW
Page Three

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion and the Defendant advised that she has no object to the relief sought in this motion.

Respectfully submitted,

Dated: March 9, 2015
Coral Gables, Florida

By: _____
Jennifer Margolis Marquez
Email: jenmargolis@bellsouth.net
Florida Bar Number: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Fax No.: (305) 666-9714
Attorneys for the Plaintiff

UNITED STATES OF AMERICA vs. BLANCA SERMENO
Case No.: 14-62962-CIV-SNOW
Page Four

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was electronically filed on this 9th day of March, 2015. I also certify that the forgoing is being served by U.S. Mail this 9th day of March, 2015 upon all counsel or parties of record as indicated on the attached service list.

_____
Jennifer Margolis Marquez
Newman & Marquez, P.A.
Counsel for the Plaintiff

UNITED STATES OF AMERICA vs. BLANCA SERMENO
Case No.: 14-62962-CIV-SNOW
Page Five

## SERVICE LIST

BLANCA SERMENO A/K/A BLANCA E FUNES DE SERMENO, *pro se* Defendant
1101 COLONY POINT CIRCLE, APT 319
PEMBROKE PINES, FL 33026

Jennifer Margolis Marquez, Esq.
Email: jenmargolis@bellsouth.net
Florida Bar No.: 0770701
NEWMAN & MARQUEZ, P.A.
1533 Sunset Dr., Suite 225
Coral Gables, FL 33143
Telephone: (305) 665-9633
Fax No.: (305) 666-9714
Attorneys for the Plaintiff