UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62962-CIV-SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BLANCA SERMENO A/K/A
BLANCA E FUNES DE SERMENO,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS

THIS CAUSE having come before this Court upon the Plaintiff's Motion to Stay Proceedings, and the Court having reviewed this matter, and being otherwise advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Plaintiff's Motion is Granted.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of _____, 2015.

                                      _____
                                      LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

cc: counsel of record

    BLANCA SERMENO A/K/A BLANCA E FUNES DE SERMENO, *pro se* Defendant
    1101 COLONY POINT CIRCLE, APT 319
    PEMBROKE PINES, FL 33026